UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Case No.:   13-14251

Larry N. Baity and Ella M. Baity                                Adv. No.:   _____

                                                                Judge:      JNP

Debtor (s),                                                     Chapter:    13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable    Jerrold N. Poslusny Jr.   , United States Bankruptcy Judge.

**Reason for Hearing:**    Hearing on Debtor(s) Objection to
                           Trustee's Certification of Default

**Location of Hearing:**   Courtroom No.  4C
                           US Bankruptcy Court
                           4th and Cooper Street
                           Camden, NJ 08101

**Date and Time:**         1/27/17  at 10:00 AM                           ,
                           or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔  ARE REQUIRED        ____  ARE NOT REQUIRED

DATED:  November 29, 2016                      JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  November 29      , 20 16 the foregoing notice was served on the following:

Debtor(s)
Attorney for Debtor(s)
Trustee
Office of the US Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Larry N. Baity  
Ella M. Baity  
    Debtors

Case No. 13-14251-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin               Page 1 of 1             Date Rcvd: Nov 29, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2016.
db/jdb         Larry N. Baity,    Ella M. Baity,    91 Weathervane Drive,    Mount Royal, NJ  08061-1062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2016 at the address(es) listed below:
     Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Joseph J. Rogers     on behalf of Joint Debtor Ella M. Baity jjresq@comcast.net, jjresq1@comcast.net
     Joseph J. Rogers     on behalf of Debtor Larry N. Baity jjresq@comcast.net,    jjresq1@comcast.net
     Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                                                                      TOTAL: 8