Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                           Case No.:  13−14251−JNP
                           Chapter:  7
                           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Larry N. Baity                                          Ella M. Baity
    91 Weathervane Drive                        aka Ella Boone
    Mount Royal, NJ 08061−1062           91 Weathervane Drive
                                                          Mount Royal, NJ 08061−1062

Social Security No.:
   xxx−xx−8456                                       xxx−xx−1979

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor only was entered on December 20, 2016.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 20, 2016
JJW: cmf

                                                                                          James J. Waldron
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 13-14251-JNP
Larry N. Baity                                                                Chapter 7
Ella M. Baity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                   Page 1 of 2              Date Rcvd: Dec 20, 2016
                               Form ID: 148                  Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb         Larry N. Baity,    Ella M. Baity,    91 Weathervane Drive,    Mount Royal, NJ 08061-1062
513726497      AT&T Mobility,    Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
513726495      Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
513726496     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
513726498     +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
513726499     +Baxter Financial, LLC,    Attn: Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4609
513726500     +Booth Radiology,    748 Kings Highway,    Woodbury, NJ 08096-3190
513726501      Boston Medical Group Inc,    Amer Agncies,    2491 Paxton St,    Harrisburg, PA 17111-1036
513726502      Citibank NA,    PO Box 6052,    Sioux Falls, SD 57117-6052
513726504      Compucredit Corp/salut,    PO Box 105555,    Atlanta, GA 30348-5555
513726505      Compucredit/tribute,    PO Box 105555,    Atlanta, GA 30348-5555
513726508      Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
513726509      Financial Procesing.Com,    Sterling And King Inc,    500 Sr 436 Ste 2074,
                Casselberry, FL 32707-5343
513726511     +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
513876462     +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
513726519     +Midland Mtg,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
513726520      Nation Auto,    123 Delsea Dr S # D,    Glassboro, NJ 08028-2604
513726522     +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
513726525     +Police & Fire Federal Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
513726521    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division Of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245)
513784795     +South Jersey Radiology,    P.O. Box 1710,    Voorhees, NJ 08043-7710
513726526      State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ 08650
513726527      Trinsic Matrix Telecom,    PO Box 660780,    Dallas, TX 75266-0780
513726528      Underwood Memorial Hospital,    509 North Broad Street,    Woodbury, NJ 08096-1697
513726529     #Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2016 22:59:53      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2016 22:59:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513726494      EDI: AAEO.COM Dec 20 2016 22:43:00      Aaron's Sales And Leasing,    801 Blackwood Clementon Rd,
                Lindenwold, NJ 08021-5922
513786151      EDI: AIS.COM Dec 20 2016 22:43:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
513726503      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 20 2016 23:00:16
                Comcast Cable Communications,    PO Box 3006,    Southeastern, PA 19398-3006
513726506      EDI: RCSFNBMARIN.COM Dec 20 2016 22:43:00      Credit One Bank,    PO Box 98872,
                Las Vegas, NV 89193-8872
513726510      EDI: AMINFOFP.COM Dec 20 2016 22:43:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
513726507      EDI: IRS.COM Dec 20 2016 22:43:00      Department Of The Treasury,    Financial Management,
                PO Box 1686,    Birmingham, AL 35201-1686
514001958      EDI: JEFFERSONCAP.COM Dec 20 2016 22:43:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
514016318      EDI: RESURGENT.COM Dec 20 2016 22:43:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
514014524      EDI: MERRICKBANK.COM Dec 20 2016 22:43:00       MERRICK BANK,   Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
513726514      EDI: MERRICKBANK.COM Dec 20 2016 22:43:00      Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
513726515      EDI: BLUESTEM Dec 20 2016 22:43:00      Metabnk/fhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
513726516     +EDI: MID8.COM Dec 20 2016 22:43:00      Midland Funding,    8875 Aero Dr,
                San Diego, CA 92123-2255
513726517      EDI: MID8.COM Dec 20 2016 22:43:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
513758643      E-mail/Text: ebn@vativrecovery.com Dec 20 2016 22:59:38      Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,    Houston TX 77240-0728
513726524     +E-mail/Text: ebn@vativrecovery.com Dec 20 2016 22:59:38      Palisades Collection L,
                210 Sylvan Ave,    Englewood, NJ 07632-2510
514005766      EDI: Q3G.COM Dec 20 2016 22:43:00      Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,
                PO Box 788,    Kirkland, WA 98083-0788

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Dec 20, 2016
                               Form ID: 148               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513987820       EDI: Q3G.COM Dec 20 2016 22:43:00    Quantum3 Group LLC as agent for,
                Elite Enterprise Services Inc,   PO Box 788,    Kirkland, WA  98083-0788
513819870       EDI: Q3G.COM Dec 20 2016 22:43:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513740744*      +Department of Treasury - Internal Revenue Service,    PO Box 7346,    Philadephia, PA 19101-7346
513726512*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Bankruptcy Department,
                955 South Springfield Avenue,    Springfield, NJ  08071)
513726513*      Internal Revenue Service,    ACS Support-,    PO Box 8208,    Philadelphia, PA  19101-8208
513726518*      +Midland Funding LLC,    8875 Aero Dr,    San Diego, CA 92123-2255
513842616*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
513726493      ##+Aaron Rents Store C0997,    Trident Asset Manageme,    5755 N Point Pkwy,
                Alpharetta, GA 30022-1136
513726523      ##Owens Vergari Unwala Cardiology,    Apex Asset Management,    1891 Santa Barbara Dr,
                Lancaster, PA  17601-4106
                                                                                         TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Ella M. Baity jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Larry N. Baity jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                                TOTAL: 8
```