UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 20, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Debtor: Larry N. Baity,

Joint Debtor: Ella M. Baity

| | |
|---|---|
| Case No.: | 13-14251 |
| Hearing Date: | 12/20/2016 |
| Judge: | JNP |
| Chapter: | 13 |

## ORDER CONVERTING CASE TO CHAPTER 7 AND

## DISMISSING CASE ONLY AS TO DEBTOR LARRY N. BAITY

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: December 20, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____ Joseph Rogers, Esq. on behalf of debtors _____ and for good cause shown, it is

ORDERED that this case is converted from chapter __13__ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled, and it is further

ORDERED that the case is dismissed as to debtor Larry N. Baity only.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-14251-JNP
Larry N. Baity                                                          Chapter 7
Ella M. Baity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb          Larry N. Baity,    Ella M. Baity,    91 Weathervane Drive,    Mount Royal, NJ  08061-1062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers     on behalf of Joint Debtor Ella M. Baity jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers     on behalf of Debtor Larry N. Baity jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 8