UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 13-14251-JNP |
| BAITY, LARRY N. | Chapter: 7 |
| BAITY, ELLA M. | Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    March 14, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.   4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 91 WEATHERVANE DRIVE, MOUNT ROYAL NJ 08061<br>(FMV $240,000.00) |

| | |
|---|---|
| Liens on property: | $200,024.73 - Midland Mortgage<br>$24,000.00 – Costs of Sale |

| | |
|---|---|
| Amount of equity claimed as exempt: | $20,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:       1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 13-14251-JNP
Larry N. Baity                                                    Chapter 7
Ella M. Baity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 2                  Date Rcvd: Feb 10, 2017
                                Form ID: pdf905              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb          Larry N. Baity,    Ella M. Baity,    91 Weathervane Drive,    Mount Royal, NJ  08061-1062
513726497       AT&T Mobility,    Eos Cca,    700 Longwater Dr,    Norwell, MA  02061-1624
513726494       Aaron's Sales And Leasing,    801 Blackwood Clementon Rd,    Lindenwold, NJ  08021-5922
513726495       Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ  08086
513726496      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
513726498      +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
513726499      +Baxter Financial, LLC,    Attn: Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4609
513726500      +Booth Radiology,    748 Kings Highway,    Woodbury, NJ 08096-3190
513726501       Boston Medical Group Inc,    Amer Agncies,    2491 Paxton St,    Harrisburg, PA  17111-1036
513726502       Citibank NA,    PO Box 6052,    Sioux Falls, SD  57117-6052
513726504       Compucredit Corp/salut,    PO Box 105555,    Atlanta, GA  30348-5555
513726505       Compucredit/tribute,    PO Box 105555,    Atlanta, GA  30348-5555
513726508       Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT  06482-1175
513726509       Financial Procesing.Com,    Sterling And King Inc,    500 Sr 436 Ste 2074,
                 Casselberry, FL  32707-5343
513726510       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
513726511      +HSBC,   PO Box 5203,    Carol Stream, IL 60197-5203
513876462      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513726519      +Midland Mtg,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
513726520       Nation Auto,    123 Delsea Dr S # D,    Glassboro, NJ  08028-2604
513726522      +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
513726525      +Police & Fire Federal Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
513726521     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   NJ Division Of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ  08695-0245)
513784795      +South Jersey Radiology,    P.O. Box 1710,    Voorhees, NJ 08043-7710
513726526       State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ  08650
513726527       Trinsic Matrix Telecom,    PO Box 660780,    Dallas, TX  75266-0780
513726528       Underwood Memorial Hospital,    509 North Broad Street,    Woodbury, NJ  08096-1697
513726529      #Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ  07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513786151       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2017 04:48:47
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
513726503       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 11 2017 06:30:18
                 Comcast Cable Communications,    PO Box 3006,    Southeastern, PA  19398-3006
513726506       E-mail/Text: creditonebknotifications@resurgent.com Feb 11 2017 06:28:59      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV  89193-8872
513726507       E-mail/Text: cio.bncmail@irs.gov Feb 11 2017 06:29:10      Department Of The Treasury,
                 Financial Management,    PO Box 1686,    Birmingham, AL  35201-1686
514001958       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 11 2017 06:29:56      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
514016318       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2017 04:44:24
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514014524       E-mail/Text: bkr@cardworks.com Feb 11 2017 06:28:50      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
513726514       E-mail/Text: bkr@cardworks.com Feb 11 2017 06:28:50      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY  11804-9001
513726515       E-mail/Text: bnc-bluestem@quantum3group.com Feb 11 2017 06:30:25      Metabnk/fhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
513726516      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2017 06:29:39      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
513726517       E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2017 06:29:39      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA  92123-2255
513758643       E-mail/Text: ebn@vativrecovery.com Feb 11 2017 06:29:25      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
513726524      +E-mail/Text: ebn@vativrecovery.com Feb 11 2017 06:29:25      Palisades Collection L,
                 210 Sylvan Ave,    Englewood, NJ 07632-2510
514005766       E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2017 06:29:33
                 Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                 Kirkland, WA  98083-0788

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Feb 10, 2017
                               Form ID: pdf905          Total Noticed: 45


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513987820         E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2017 06:29:33
                   Quantum3 Group LLC as agent for,    Elite Enterprise Services Inc,   PO Box 788,
                   Kirkland, WA   98083-0788
513819870         E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2017 06:29:33
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                                 TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513740744*       +Department of Treasury - Internal Revenue Service,    PO Box 7346,    Philadephia, PA 19101-7346
513726512*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Bankruptcy Department,
                   955 South Springfield Avenue,    Springfield, NJ   08071)
513726513*        Internal Revenue Service,   ACS Support-,    PO Box 8208,   Philadelphia, PA   19101-8208
513726518*       +Midland Funding LLC,   8875 Aero Dr,    San Diego, CA 92123-2255
513842616*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                   Division of Taxation,   PO Box 245,    Trenton, NJ 08695-0245)
513726493      ##+Aaron Rents Store C0997,   Trident Asset Manageme,    5755 N Point Pkwy,
                   Alpharetta, GA 30022-1136
513726523      ##Owens Vergari Unwala Cardiology,    Apex Asset Management,    1891 Santa Barbara Dr,
                   Lancaster, PA   17601-4106
                                                                                       TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel   Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers     on behalf of Joint Debtor Ella M. Baity jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers     on behalf of Debtor Larry N. Baity jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                               TOTAL: 9
```